BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: BLUE CROSS BLUE SHIELD  )
ANTITRUST LITIGATION            )     MDL No. 2406
                                )

## AMENDED CERTIFICATE OF SERVICE

I, Daniel E. Laytin, as Counsel for Defendant Blue Cross Blue Shield Association, hereby certify that on the 22nd day of September, 2021, a Notice of Potential Tag-Along Action was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Defendant Blue Cross Blue Shield Association.

By ECF on September 24, 2021, a copy of the foregoing Notice of Potential Tag-Along Action was sent to the clerk of the affected district court:

Clerk of the Court
United States Bankruptcy Court
Northern District of California — Oakland Division
1300 Clay Street, Suite 300
Oakland, CA  94612

The Notice of Potential Tag-Along Action was also served by electronic mail on the following defense counsel:

| DEFENDANTS' COUNSEL | PARTIES REPRESENTED |
|---|---|
| Christopher J. Cox<br>Hogan Lovells US LLP<br>4085 Campbell Avenue<br>Suite 100<br>Menlo Park, CA 94025<br>Tel: (650) 463-4000<br>Fax: (650) 463-4199<br>chris.cox@hoganlovells.com | Blue Cross and Blue Shield of Georgia, a Georgia corporation;<br><br>Blue Cross of California;<br><br>Compare Health Services Insurance Corporation, a Wisconsin corporation;<br><br>Empire Healthchoice Assurance, Inc., a New York corporation;<br><br>HMO Missouri Inc., a Missouri corporation;<br><br>Healthy Alliance Life Insurance Company, a Missouri corporation; |

| DEFENDANTS' COUNSEL | PARTIES REPRESENTED |
|---|---|
| | Rightchoice Managed Care, Inc., a Missouri corporation |
| Rebecca Suarez<br>Crowell & Moring, LLP<br>3 Embarcadero Center, 26th Fl.<br>San Francisco, CA 94111<br>Tel:  (415) 365-7278<br>rsuarez@crowell.com | Healthnow New York, Inc.;<br><br>Noridian Mutual Insurance Company |
| John Cove, Jr<br>Shearman & Sterling LLP<br>535 Mission Street, 25th Floor<br>San Francisco, CA 94105<br>Tel:  (415) 616-1100<br>Fax:  (415) 616-1339<br>john.cove@shearman.com | Blue Cross Blue Shield of Michigan Mutual Insurance Company, a Michigan corporation |
| Michael P. Esser<br>Kirkland & Ellis LLP<br>555 California St, 27th Fl.<br>San Francisco, CA 94104<br>Tel:  (415) 439-1400<br>michael.esser@kirkland.com | Highmark Inc. predecessor Hospital Service Association of Northeastern Pennsylvania, a Pennsylvania corporation |

Date:  September 28, 2021

/s/ Daniel E. Laytin, P.C.
Daniel E. Laytin, P.C.
Zachary D. Holmstead
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL  60654
Tel:  (312) 862-2000
Fax:  (312) 862-2200
dlaytin@kirkland.com
zachary.holmstead@kirkland.com

*Counsel for Blue Cross Blue Shield Association*