BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| In re: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | Case No.: MDL No. 2406 |
|---|---|

## NOTICE OF APPEARANCE

COMES NOW Carl S. Burkhalter, James L. Priester and John Thomas A. Malatesta, III of Maynard Cooper & Gale, P.C. and enter their appearance as co-counsel for Blue Cross Blue Shield of Alabama in the following proceeding:

*VHS Liquidating Trust, et al. v. Blue Cross of California, et al.*, N.D. Bankruptcy Court, California, Adv. Proc. No. 4:21-ap-4034

Respectfully submitted,

*/s/ Carl S. Burkhalter*
Carl S. Burkhalter (ASB-6544-R77C)
James L. Priester (ASB-3906-T82J)
John Thomas A. Malatesta, III (ASB-4646-O70M)
MAYNARD COOPER & GALE PC
1901 Sixth Avenue North
Birmingham, AL 35203
Phone: 205-254-1000
cburkhalter@maynardcooper.com
jpriester@maynardcooper.com
jmalatesta@maynardcooper.com

*Co-Counsel for Defendant*
*Blue Cross Blue Shield of Alabama*

06167119.1

## CERTIFICATE OF SERVICE

I hereby certify that on 19th day of October 2021, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Carl S. Burkhalter*
Carl. S. Burkhalter