BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: BLUE CROSS BLUE SHIELD  CASE NO: MDL No. 2406

ANTITRUST LITIGATION

### CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2021, a Notice of Appearance and Corporate Disclosure Statement was electronically filed with the Clerk of Court using the CM/ECF system, which sent notification of such filings to all counsel of record.

Respectfully submitted,

/s/ *M. Patrick McDowell*
M. Patrick McDowell

**BRUNINI, GRANTHAM, GROWER & HEWES, PLLC**
M. Patrick McDowell
(MSB No. 9746)
Post Office Drawer 119
Jackson, Mississippi  39205
190 East Capitol Street, Suite 100
Jackson, Mississippi  39201
Telephone:  (601) 948-3101
Telecopier:  (601) 960-6902
pmcdowell@brunini.com

*Counsel for Defendant*
*Blue Cross Blue Shield of Mississippi*

03986227