**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In re: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION

CASE NO: MDL No. 2406

### CERTIFICATE OF SERVICE

I hereby certify that on 21st day of October 2021, a Corporate Disclosure Statement was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ John G. Schmidt, Jr.*
John G. Schmidt, Jr.

John G. Schmidt, Jr.
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, New York 14203
Telephone:  (716) 847-7095
Facsimile:  (716) 852-6100
jschmidt@phillipslytle.com

*Counsel for Defendants' Excellus Health Plan, Inc.
and Lifetime Healthcare, Inc.*