MDL No. 2406 & TITLE - IN RE: Blue Cross Blue Shield Antitrust Litigation

# NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Defendants (See List Attached)

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

VHS Liquidating Trust, et al v. California Physicians Service, et al
Case No. 4:21-ap-4034 N.D. Cal. Bankruptcy

******************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| October 21, 2021 | /s/ Karin A. DeMasi |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Karin A. DeMasi, Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019

Telephone No.: (212) 474-1000    Fax No.: (212) 474-3700

Email Address: kdemasi@cravath.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In re: BLUE CROSS BLUE SHIELD       )
ANTITRUST LITIGATION                     )        MDL No. 2406
                                                                )

**PARTIES REPRESENTED**

1. Defendant Blue Cross and Blue Shield of Florida, Inc.

2. Defendant Guidewell Mutual Holding Corporation

3. Defendant Blue Cross and Blue Shield of Massachusetts, Inc.

4. Defendant Blue Cross and Blue Shield of North Carolina

5. Defendant BlueCross BlueShield of Tennessee, Inc.

6. Defendant California Physicians' Service d/b/a Blue Shield of California

7. Defendant CareFirst, Inc.

8. Defendant CareFirst of Maryland, Inc.

9. Defendant Group Hospitalization and Medical Services, Inc.

10. Defendant CareFirst BlueChoice, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October 2021, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Karin A. DeMasi*
Karin A. DeMasi