BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re:  BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | MDL No. 2406 |

## CERTIFICATE OF SERVICE

I, Sean R. McTigue, as Counsel for Plaintiffs VHS Liquidating Trust, Prime Healthcare Services, Inc., Prime Healthcare Foundation, Inc. and Prime Healthcare Management, Inc., hereby certify that on the 18th day of November, 2021, Plaintiffs' **REPLY IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-36) [Dkts. 520 and 520-1]** was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Plaintiffs VHS Liquidating Trust, Prime Healthcare Services, Inc., Prime Healthcare Foundation, Inc. and Prime Healthcare Management, Inc., which will send notice of electronic filing to all parties of record.

Date:  November 19, 2021

By: /s/ Sean R. McTigue
Sean R. McTigue
BARTKO ZANKEL BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
pryan@bzbm.com
smctigue@bzbm.com

Counsel for VHS Liquidating Trust, Prime Healthcare Services, Inc., Prime Healthcare Foundation, Inc. and Prime Healthcare Management, Inc.

2854.003/1667163.1