**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

**IN RE: BLUE CROSS BLUE SHIELD
ANTITRUST LITIGATION**

| | | |
|---|---|---|
| VHS Liquidating Trust, et al vs. | ) | |
| California Physicians Service, et al, | ) | |
| N.D. California, C.A. No. 4:21-04034 | ) | MDL No. 2406 |

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*VHS*) on September 29, 2021. Prior to expiration of that order's 7 day stay of transmission, plaintiffs in *VHS* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the proposed transfer order. The Panel has been informed that *VHS* was remanded to Alameda County Superior Court, State of California, by the Honorable Charles Novack in an order filed on November 22, 2021.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-36" filed on September 29, 2021, is VACATED.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel